UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

                Plaintiff,

                -v.-

REAL PROPERTY LOCATED AT 1 CENTRAL PARK WEST, UNIT 32G, NEW YORK, NEW YORK 10023,

                Defendant.

24 Civ. 2420 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record at the telephone conference on February 27, 2025, Claimant Ecree LLC's motion to dismiss the Amended Complaint is hereby DENIED. The parties were instructed to submit a joint letter and proposed civil case management plan on or before **March 20, 2025.**

    The Clerk of Court is directed to terminate the pending motion at docket entry 23.

    SO ORDERED.

Dated:  February 27, 2025
         New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge