January 19, 2026

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

>   Re:   *United States v. Real Property Located at 1 Central Park West, Unit 32G, New York, New York 10023*, 24 Civ. 2420 (KPF)

Dear Judge Failla:

Pursuant to the Court's order of November 19, 2025 (ECF No. 51), the parties respectfully submit this Joint Letter proposing next steps in this litigation.

- *Litigation Stay*.  The Government will not seek to extend the stay, which expires on January 19, 2026.

- *Ecree's Answer*.  This case was stayed before Ecree filed its answer to the complaint.  (*See* ECF Nos. 35, 37, 45, 51.)  The parties propose that Ecree file its answer on or before February 13, 2026.

- *Initial Case Management Conference*.  The parties propose that, pursuant to Rule 3.b of this Court's Individual Rules of Practice in Civil Cases, the Court schedule an Initial Case Management Conference and the parties file a Proposed Civil Case Management Plan and Scheduling Order by the Thursday of the week prior to such conference.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney
        Southern District of New York

By:   */s/ Josiah Pertz*
        Josiah Pertz
        Assistant United States Attorney

        MARGARET A. MOESER
        Chief, Money Laundering, Narcotics
        and Forfeiture Section

By:   */s/ Joshua L. Sohn*
        Joshua L. Sohn
        Trial Attorney


        PRYOR CASHMAN LLP

By:   */s/ Jeffrey Alberts*
        Jeffrey Alberts
        Aaron Wiltse
        7 Times Square, Suite Level 40
        New York, NY 10036
        Tel: 212-326-0800
        Email: jalberts@pryorcashman.com
        Email: awiltse@pryorcashman.com

        *Counsel for Claimant Ecree LLC*